IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KELLY HUGGINS AND ERIC HUGGINS                              PLAINTIFFS

VS.                                                         No. 1:05cv157-D-D

AON CORPORATION, ET. AL                                     DEFENDANTS

## ORDER DENYING MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant Aon Corporation's motion to dismiss (docket entry 49) is DENIED.

All itemizations, declarations, and other materials considered by this Court in ruling on this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 16th day of March 2006.

/s/ Glen. H. Davidson
Chief Judge